# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDUCATION EXPLOSION, INC.
AND IMPACT CHARTER SCHOOL

NO.   2025 CW 0883

VERSUS

CHAKESHA SCOTT, ERIC SCOTT,
COURTNEY SCOTT, MARILYN
WEBB, AND FRIENDS OF IMPACT
CHARTER SCHOOL

**NOVEMBER 26, 2025**

---

In Re:   Chakesha Scott, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
759881.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT NOT CONSIDERED.** The writ application did not include a copy of all documents introduced into evidence at the hearing on this exception of no right of action. This court requires a copy of all such evidence be provided for review.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before December 23, 2025, and must contain a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT